UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH ANN HUTCHINSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SWEDEN & MARTINA, INC., an unknown business entity; MICHAEL KENNEDY, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-880-L-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [ECF No. 15]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby grants joint motion to dismiss and dismisses with prejudice this action upon the parties' request.

**IT IS SO ORDERED.**

Dated:  December 26, 2018

_____
Hon. M. James Lorenz
United States District Judge